FULL NAME _____

COMMITTED NAME (if different) _____

FULL ADDRESS INCLUDING NAME OF INSTITUTION _____
_____

PRISON NUMBER (if applicable) _____

FILED
CLERK, U.S. DISTRICT COURT

NOV 1 4 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ANTHONY M. CHAMBLISS                    PLAINTIFF,

v.

SAN BERNARDINO COUNTY ; SAN
BERNARDINO COUNTY CHILDREN
AND FAMILY SERVICES.            DEFENDANT(S).

CASE NUMBER

5:25-CV-03047-FLA-KS

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes   ☒ No

2. If your answer to "1." is yes, how many? __NON PRISONER__

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
Plaintiff _____

_____

Defendants _____

_____

b. Court _____

_____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _____

f. Issues raised: _____

_____

_____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☐ Yes    ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint?  ☐ Yes    ☐ No

   If your answer is no, explain why not ___NOT INCARCERATED_____

   _____

   _____

3. Is the grievance procedure completed?  ☐ Yes    ☐ No

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure.

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff ____ANTHONY M. CHAMBLISS____
                                                             (print plaintiff's name)

who presently resides at ____14779 SENECA RD #231 VICTORVILLE, CA 92394____,
                              (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

SAN BERNARDINO COUNTY ; SAN BERNARDINO COUNTY ( CFS ).    SAN BERNARDINO COUNTY, CA
                              (institution/city where violation occurred)

**CIVIL RIGHTS COMPLAINT**

on (date or dates) _____7/1/23_____ , _____1/1/25_____ , _____ .
                        (Claim I)                (Claim II)              (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant _____COUNTY OF SAN BERNARDINO_____ resides or works at
                    (full name of first defendant)

    _____385 N. ARROWHEAD AVE, SAN BERNARDINO, CA 92415_____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual   ☒ official capacity.

    Explain how this defendant was acting under color of law:

    The county acted under color of state law through its agencies and employees in child welfare, placement, and notice

    procedures

2.  Defendant  COUNTY OF SAN BERNARDINO CHILDREN AND FAMILY SERVICES ____ resides or works at
                (full name of first defendant)

    1900 E MAIN ST BARSTOW, CA 92311
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual   ☒ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

3.  Defendant _____ resides or works at
                    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

---

**CIVIL RIGHTS COMPLAINT**

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

**CIVIL RIGHTS COMPLAINT**

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

 PLEASE SEE ATTACHED PAGE TITLED " ATTACHMENT' ( CLAIM 1 )

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

 PLEASE SEE ATTACHED PAGE TITLED ( SUPPORTING FACTS )

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

---

**CIVIL RIGHTS COMPLAINT**

# ATTACHMENT ( CLAIM 1 )

Between July 2022 and July 2023, Defendants, through CFS personnel, interfered with Plaintiff's parental rights without providing fair notice or a meaningful opportunity to be heard. CFS accepted false allegations from the children's mother without verifying them. County personnel did not provide Plaintiff accurate notice of proceedings or allow him full participation. These acts deprived Plaintiff of his Fourteenth Amendment right to procedural due process. June 2024, CFS removed the children from their mother and placed them with a relative In without contacting Plaintiff. Plaintiff had stable housing, no criminal record, and was a fit parent, yet CFS refused to assess him for placement. In January 2025, Plaintiff's request for placement (JV-180) was denied after CFS provided incomplete or inaccurate information. These actions were arbitrary and deprived Plaintiff of his Fourteenth Amendment right to family integrity. From 2022 through 2025, Defendants treated Plaintiff differently from the mother without a legitimate reason. CFS relied on the mother's discredited statements while ignoring Plaintiff's evidence. Plaintiff was denied the same parental consideration and opportunities afforded to the mother. This unequal treatment violated the Fourteenth Amendment Equal Protection Clause

# SUPPORTING FACTS

In July 2022, my children's mother filed a restraining order against me in San Bernardino County. I was not notified or served, and I did not learn about the order until April 2023 when I attempted to file for 50/50 custody at Barstow Court. The County failed to notify me even though I am the biological father.

Because I was not informed of the restraining order, I could not attend the earlier hearings. This caused a seven-month trial process from April 2023 to July 2023, where I had to prove the allegations were false. The judge ultimately found the mother less credible than me and dropped the order.

During this time, the County and CFS accepted the mother's statements but ignored my statements and evidence. Even after I proved the allegations were false, I was still restricted to supervised visits that I had to pay for hourly. My monthly child support at the time was about $1,000, which made it financially impossible to see my children.

In June 2024, San Bernardino County Children & Family Services (CFS) removed my children from their mother's home. I was not notified of the removal, even though I was a fit parent with stable housing in Las Vegas.

I attempted to contact the assigned caseworker multiple times and could not reach her. I eventually spoke with a CFS manager who told me that the mother repeated the same false allegations from 2022–2023. These allegations had already been disproven in court.

I learned in August 2024 that my children had been placed with the mother's sister instead of me. I was not considered for placement, and no one from CFS contacted me, even though I had a two-bedroom home ready for my children.

I filed a JV-180 request in January 2025 asking that my children be placed with me. The court denied my request, stating it was "not in the best interest," even though I had no criminal history, stable housing, and the mother admitted in an audio recording that she still had the children despite the placement order.

When I received court-appointed counsel, the attorney asked me to provide evidence but later told me I did not need to attend the next hearing because the children would be returned to their mother regardless. At the hearing, I was not given an opportunity to speak.

Throughout 2022–2025, the County and CFS ignored evidence, failed to notify me, treated me differently than the mother, and denied me access and consideration as a father. This caused emotional distress, financial hardship, and loss of relationship with my children.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

PLANTIFF REQUESTS COMPENSATORY DAMAGES BETWEEN $500,000 AND $1,000,000 FOR EMOTIONAL

DISTRESS, LOSS OF PARENTAL RELATIONSHIP, AND FINANCIAL HARDSHIP. PLANTIFF FURTHER REQUESTS

DECLARATORY RELIEF AND INJUNCTIVE RELIEF REQUIRING THE COUNTY AND (CFS) TO IMPLEMENT

CONSTITUTIONAL PROCEDURES ENSURING PARENTS RECIEVE NOTICE AND FAIR PARTICIPATION.

PLANTIFF REQUESTS ANY ADDITIONAL RELIEF THE COURT DEEMS JUST AND PROPER.

11 - 14 - 25
_____
(Date)

_____
(Signature of Plaintiff)